

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2022

No. 04-21-00578-CR

**IN RE ELIO ENAY RUDAMAS**,

Original Proceeding[1]

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

On February 2, 2022, this court issued an opinion and order denying relator's petition for writ of mandamus. On February 4, 2022, relator filed a motion for rehearing. On February 22, 2022, the State filed a Suggestion of Mootness stating the criminal charges against relator were dismissed. The Suggestion of Mootness is noted. Relator's motion for rehearing is DENIED. The State's request to dismiss the original proceeding is DENIED.

It is so **ORDERED** February 25, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 11304-CR, styled *State of Texas v. Elio Enay Rudamas*, pending in the County Court, Kinney County, Texas, the Honorable Tully Shahan presiding.